IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STEVE HOLLAND                                                                                           PLAINTIFF

v.                                       NO. 4:14-cv-00105-DPM

SOUTHWESTERN BELL TELEPHONE COMPANY ET AL.                         DEFENDANTS

## STIPULATION OF DISMISSAL

COMES NOW the Plaintiff, Steve Holland, by and through counsel, Sutter & Gillham, P.L.L.C., and for this stipulation, states:

Plaintiff and Defendants have reached a mutually acceptable resolution of this matter. As part of that resolution, the parties have stipulated that it will be dismissed with prejudice.

WHEREFORE, Plaintiff prays for an Order dismissing this case with prejudice, and for all other proper relief.

> Respectfully submitted,
>
> SUTTER & GILLHAM, PLLC
> Attorneys at Law
> 301 West Conway Street
> Post Office Box 2012
> Benton, Arkansas 72018
>
> By:   */s/ Luther Sutter*
>       Luther Sutter, Ark. Bar No. 95031
>       *luthersutter.law@gmail.com*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of April, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to counsel for the Defendants:

*bjj@williamsanderson.com*
*pkaplan@williamsanderson.com*
*againes@williamsanderson.com*

> */s/ Luther Sutter*
> Luther Sutter

1