IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STEVE HOLLAND                                                                      PLAINTIFF

v.                                    No. 4:14-cv-105-DPM

SOUTHWESTERN BELL TELEPHONE
COMPANY and CLIFFORD LINDSEY                                       DEFENDANTS

## JUDGMENT

This case is dismissed with prejudice pursuant to the parties' stipulation.

*D.P. Marshall Jr.*
United States District Judge

13 April 2015